ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY UTTERBACK, ROBERT ROSS, <br><br> Plaintiffs, <br><br> vs. <br><br> HEXION SPECIALTY CHEMICALS, INC. <br><br> Defendant. | No. _____ <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Russell Utterback (spouse), Katherine Ann Utterback (child), Bonnie Lee Miller (child), and Steven Wayne Utterback (child).

Dated: February 10, 2008                    BRAYTON❖PURCELL LLP

                                            By:  /s/ David R. Donadio
                                                 _____
                                                 David R. Donadio
                                                 Attorneys for Plaintiffs