ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON✦PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY UTTERBACK, ROBERT ROSS,<br><br>            Plaintiffs,<br><br>vs.<br><br>HEXION SPECIALTY CHEMICALS,<br>INC.<br><br>            Defendant. | No. C08-983-JCS<br><br>AMENDED CERTIFICATION OF<br>INTERESTED ENTITIES OR PERSONS |

Pursuant to <u>Civil</u> <u>L</u>.<u>R</u>. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: As to Plaintiff Betty Utterback: Russell Utterback (spouse), Katherine Ann Utterback (child), Bonnie Lee Miller (child), and Steven Wayne Utterback (child). As to Plaintiff Robert Ross: Jean Ross (spouse) and Diane Ross (child).

Dated: February 22, 2008                    BRAYTON✦PURCELL LLP

                                    By:    /s/ David R. Donadio
                                           _____
                                           David R. Donadio
                                           Attorneys for Plaintiffs

BRAYTON✦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555