ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY UTTERBACK, ROBERT ROSS, <br><br> Plaintiffs, <br><br> vs. <br><br> HEXION SPECIALTY CHEMICALS, INC. <br><br> Defendant. | No. C08-983-JCS <br><br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 22, 2008                              BRAYTON❖PURCELL LLP

                                                        /s/ *David R. Donadio*
                                            By:        _____
                                                        David R. Donadio
                                                        Attorneys for Plaintiffs

K:\Injured\108897\Consent Magistrate (FED21 Utterback Ross).wpd           1
CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE  - 08-983-JCS