1  ALAN R. BRAYTON, ESQ., S.B. #73685
   DAVID R. DONADIO, ESQ., S.B. #154436
2  BRAYTON❖PURCELL LLP
   Attorneys at Law
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California 94948-6169
   (415) 898-1555
5  (415) 898-1247 (Fax No.)

6  Attorneys for Plaintiff

7

8  **THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

| | |
|---|---|
| BETTY UTTERBACK, ROBERT ROSS, | No. C08-983-JCS |
| Plaintiffs, | |
| vs. | JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINE AND CONFERENCE, AND TO EXTEND TIME; [PROPOSED] ORDER TO STAY; [PROPOSED ALTERNATIVE] ORDER TO CONTINUE |
| HEXION SPECIALTY CHEMICALS, INC. | |
| Defendant. | |

19    Pursuant to Civil L. R. 7-11 and 7-12, the following parties hereby stipulate to, and

20  respectfully move the Court for, an Order extending time as set forth in the *Case Management*

21  *Scheduling Order* filed February 15, 2008 (Document 2), for the following good cause:

22    On March 19, 2008, Defendant HEXION SPECIALTY CHEMICALS, INC. filed

23  Document 7, a Notice to Tag Along Action regarding the pending Multidistrict Litigation

24  ("MDL") in the Eastern District of Pennsylvania, seeking among other things, to move

25  Jurisdiction of this matter to that District. The notice indicates that Defendant sent the notice to

26  the Judicial Panel on Multi-district Litigation ("JPML") in Washington, D.C.

27    The parties have each filed their consent to proceed before a United States Magistrate

28  Judge.

K:\Injured\108897\Stip stay (FED21).wpd    1
JOINT MOTION AND STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, TO CONTINUE CASE MANAGEMENT DEADLINES

On July 29, 1991, the JPML entered an order transferring all asbestos personal injury cases pending in the federal courts to the United States District Court for the Eastern District of Pennsylvania, for coordinated pretrial proceedings pursuant to 28 U.S.C. § 1407. (*In re Asbestos Products Liability Litigation (no. VI). MDL No. 875.*, 771 F.Supp. 415 (1991)). That order also applies to "tag-along actions," or actions involving common questions of fact filed after January 17, 1991. Such actions are to be transferred to the eastern District of Pennsylvania as part of MDL 875, for coordinated pretrial proceedings.

The JPML has held that a district court has the authority to stay pending a transfer order. *In re Asbestos Products Liability Litigation,* 170 F. Supp. 2d 1348, 1349 n.1 (J.P.M.L. 2001) ("[T]hose courts concluding that such issues should be addressed by the transferee judge need not rule on them, and the process of 1407 transfer in MDL-875 can continue without any unnecessary interruption or delay.")

The parties agree that it is likely that the JPML will transfer this matter to the Eastern District of Pennsylvania.

However, to date, the Clerk of the JPML has not entered a *Conditional Transfer Order* pursuant to JPML Rule 12(a) or filed an order to show cause why the action should not be transferred, pursuant to JPML Rule 13(b).

It is likely the dates set forth in the *Case Management Scheduling Order* including the deadlines imposed by Federal Rules of Civil Procedure 26, will come to pass **before** the Clerk of the JPML acts.

The parties make this Motion on the grounds that a stay of this action would (a) promote judicial efficiency, (b) allow consistency in pretrial rulings, and (c) be most convenient to the parties.

Due to the pending action by the Clerk of the JPML, the parties hereby STIPULATE to and respectfully request the Court VACATE its *Case Management Scheduling Order* and that the Court issue an Order STAYING this action pending the outcome of the MDL Panel's decision on the merits of the transfer.

////

1  In the alternative, the parties hereby STIPULATE to and respectfully request that the
2  dates set forth in the *Case Management Scheduling Order* be vacated and continued pending the
3  outcome of the JPML's decision on the merits of the transfer. Specifically, these deadlines in
4  this matter include the **May 2, 2008** Rule 26 deadline to meet and confer, and file Joint ADR
5  Certification, the **May 16, 2008** Deadline to complete Initial Disclosures, the **May 16, 2008**
6  deadline to file the Joint Case Management Statement and the Case Management Conference
7  currently set for **May 23, 2008.**

8  Dated: April 3, 2008                                    BRAYTON❖PURCELL LLP

9                                                          /s/ David R. Donadio

10
                                                  By: _____
11                                                     David R. Donadio
                                                       Attorneys for Plaintiffs
12
    Dated: April 3, 2008                                   HANSON BRIDGETT LLP
13
                                                           /s/ Merton A. Howard
14
                                                  By: _____
15                                                     Merton A. Howard
                                                       Attorneys for Defendant
16                                                     HEXION SPECIALTY CHEMICALS, INC.

17

18              [PROPOSED]   **ORDER TO STAY**

19  IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case*
20  *Management Scheduling Order* filed February 15, 2008, are hereby VACATED and that this
21  action is STAYED pending the outcome of the JPML's decision on the merits of the transfer.
22  Dated: _____

23                                                  _____ .
                                                    Joseph C. Spero
24                                                  United States Magistrate Judge

25  ////
26  ////
27  ////
28  ////

[PROPOSED *ALTERNATIVE*]  **ORDER TO CONTINUE**

IT IS HEREBY ORDERED that the hearing date and deadlines specified in the *Case Management Scheduling Order* filed February 15, 2008, are hereby VACATED.

IT IS FURTHER ORDERED that the following case management deadlines are continued as follows:

1. The Case Management Conference is set for [a date after August 1, 2008 to wit:] _____, 2008; at 1:30 p.m., Courtroom A, 450 Golden Gate Avenue, San Francisco, California.

2. Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan is 21 days before the Case Management Conference in paragraph 1, above.

3. Last day to file Joint ADR Certification with Stipulation to ADR process or Notice of Need for ADR Phone Conference is 21 days before the Case Management Conference in paragraph 1, above.

4. Last day to complete initial disclosures or state objection to Rule 26(f) Report, file/serve Case Management Statement and file/serve Rule 26(f) Report is 5 court days before the Case Management Conference in paragraph 1, above.

Dated: _____

_____ .
Joseph C. Spero
United States Magistrate Judge